# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 22, 2008

136909

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                         SC: 136909
                                         COA: 285335
                                         Calhoun CC: 07-001111-FH

TAYA JONETTE PALMER,
           Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the June 12, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 22, 2008

_____
Clerk

p0915